■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
COREY JACKSON, Appellant. [665 NYS2d 876] —Judgment, Su-
preme Court, New York County (Joan Sudolnik, J.), rendered
December 19, 1994, convicting defendant, after a jury trial, of
grand larceny in the fourth degree, and sentencing him, as a
second felony offender, to a term of 2 to 4 years, unanimously
affirmed.

The verdict was based upon legally sufficient evidence. There
was ample evidence of a physical nexus between the undercover
officer and the radio sufficient to establish that the radio was
taken from his person (Penal Law § 155.30 [5]). Nor was the
verdict against the weight of the evidence (*People v Bleakley*,
69 NY2d 490, 495). The issues relating to the credibility of wit-
nesses were properly presented for the jury's consideration,
and the record provides no basis for disturbing its determina-
tions. Concur—Ellerin, J. P., Wallach, Williams, Andrias and
Colabella, JJ.